**No. 61729.**—Sun Goon Shing Co. *v.* United States, protest 310096–K (New York).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of fish similar in all material respects to that the subject of Abstract 60311, the claim of the plaintiff was sustained.

**No. 61730.**—Richter Bros., Inc. *v.* United States, protests 307593–K, etc. (New York).

Opinion by WILSON, J. In accordance with stipulation of counsel that the items marked "A" consist of fried herring similar in all material respects to that the subject of *Richter Bros., Inc.* v. *United States* (44 C. C. P. A. 128, C. A. D. 649), the claim at 6¼ percent under the provision in paragraph 718 (b), as modified by the Torquay Protocol to the General Agreement on Tariffs and Trade (T. D. 52739), supplemented by Presidential proclamation (T. D. 52782), for herring, prepared or preserved in any manner, packed in airtight containers weighing with their contents not over 15 pounds each, without added oil or oil and other substances, was sustained. The items marked "B," stipulated to consist of sprats in oil, packed in tins, similar to those the subject of *Arnold Sorensin Co., Inc., et al.* v. *United States* (38 Cust. Ct. 199, C. D. 1862), were held dutiable, as claimed, at 15 percent under the provision in paragraph 718 (a), as modified by the General Agreement on Tariffs and Trade (T. D. 51802), supplemented by Presidential proclamation (T. D. 51954), for sardines, neither skinned nor boned, when packed in oil.

**No. 61731.**—Sandoz Chemical Works, Inc. *v.* United States, protest 310185–K (New York).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of Ekaline F, which product is not obtained from any oil, fat, or fatty acid described in the Internal Revenue Code, but is derived in part from sperm oil, which is not covered by the statute, the claim of the plaintiff was sustained.

**No. 61732.**—Harville Corporation *v.* United States, protest 307340–K (New York).

Opinion by WILSON, J. The protest was dismissed for lack of prosecution.

**No. 61733.**—B. & J. Drug Corporation *v.* United States, protest 310481–K (New York).

Opinion by WILSON, J. The protest was dismissed for lack of prosecution.